UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

_____

| | |
|---|---|
| Steven B. Cummings, an individual; John Gardiner, an individual; John Gardiner as Custodian for Max A. Gardiner; John Gardiner as Custodian for Paige M. Gardiner; John Gardiner as Custodian for Jake W. Gardiner; David J. Gartner, an individual; David J. Gartner Profit Sharing Account; Stephen R. Gulbrandsen, an individual; Stephen R. Gulbrandsen Profit Sharing Account; Gregory T. Hegwood, an individual; Blake Johnson, LLC a limited liability company; Bryant Johnson; an individual; J. Evan Johnson, an individual; J. Evan Johnson Individual Retirement Account; Peter Johnson, an individual; R. Thomas Lane, an individual; Elizabeth J. Lane Individual Retirement Account; Craig Mandery, an individual; Mark R. Omlie and JoAnn Omlie, husband and wife; Gregory V. O'Toole Individual Retirement Account; Guy M. Peterson Individual Retirement Account; Jeffrey M. Petrik Individual Retirement Account; Sally A. Petrik Individual Retirement Account; Joseph H. Ryan, an individual; Sandra M. Ryan, an individual; Robert Spadafora, an individual; and Thomas C. Weekley Individual Retirement Account, | File No.: 09-cv-00847-RHK/JJK<br><br>**AFFIDAVIT OF STEVEN M. PHILLIPS IN SUPPORT OF DEFENDANTS CAPITAL SOLUTIONS MANAGEMENT, LP, CAPITAL SOLUTIONS DISTRIBUTORS, LLC, TIMOTHY R. REDPATH AND MICHAEL W. BOZORA'S MOTION TO DISMISS** |

                Plaintiffs,

vs.

Paramount Partners, LP; Crossroad Capital Management, LLC; John W. Lawton; Capital Solutions Management, LP; Capital Solutions Distributors, LLC; Charles T. Thompson; Timothy R. Redpath; and Michael W. Bozora,

                Defendants.

_____

STATE OF MINNESOTA )
                           ) ss.
COUNTY OF HENNEPIN )

     STEVEN M. PHILLIPS, being first duly sworn upon oath, hereby states as follows:

     1.     I am an attorney with the firm Anthony Ostlund Baer & Louwagie P.A.., counsel to defendants Capital Solutions Management, LP, Capital Solutions Distributors, LLC, Timothy R. Redpath and Michael W. Bozora ("Defendants") in this matter. I make this affidavit in support of Defendants' Motion to Dismiss.

     2.     I submit this Affidavit to place certain facts before the court. Attached to this Affidavit as Exhibits are true and correct copies of unpublished court decisions cited in defendants' memorandum:

     <u>Exhibit A</u>     *In re MoneyGram Int'l, Inc. Sec. Litig.*, __ F. Supp. 2d __,2009 WL 1451582 (D. Minn. May 20, 2009)

     <u>Exhibit B</u>     *Erickson v. Horing*, No. 99-1468, 2001 WL 1640142 (D. Minn. Sept. 21, 2001)

     <u>Exhibit C</u>     *Evangelical Lutheran Church in America Bd. of Pensions v. Spherion Pacific Workforce*, No. 04-4791, 2005 WL 1041487 (D. Minn. May 4, 2005)

     <u>Exhibit D</u>     *Zutz v. Case Corp.*, No. Civ.-02-1776 (PAM/RLE), 2003 WL 22848943 (D. Minn. Nov. 21, 2003)

     <u>Exhibit E</u>     *Pecarina v. Tokai Corp.*, No. Civ.-01-1655 (ADM/AJB), 2002 WL 1023153 (D. Minn. May 20, 2002)

FURTHER YOUR AFFIANT SAYETH NOT.

                                                    *s/ Steven M. Phillips*
                                                    Steven M. Phillips

Subscribed and sworn to before
me this 14th day of July, 2009.

*s/ Geraldine Wilkie*
Notary Public

165167.1

3