# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### FOURTH DIVISION

| | |
|---|---|
| Steven B. Cummings, et al., | Court File No. 09-CV-847-RHK/JJK |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF MICHAEL L. PUKLICH IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT** |
| Paramount Partners, LP, et al., | |
| Defendants. | |

STATE OF MINNESOTA)
                            ) ss.
COUNTY OF CARVER   )

Michael L. Puklich, being first duly sworn upon oath, hereby states as follows:

1.      I am attorney with the firm of Neaton & Puklich, PLLP, counsel to Plaintiffs in this matter.  I make this affidavit in opposition to Defendants' Motions to Dismiss Second Amended Complaint.

2.      I submit this affidavit to place certain facts before the Court.  Attached to this affidavit as Exhibits are true and correct copies of unpublished court decisions cited in Plaintiffs' Memorandum:

      Exhibit A:     *Spiegel v. Besikof*, 1995 WL 697559 (Minn. App.)

      Exhibit B:     *In re Adaptive Broadband Securities Litigation*, 2002 WL 989478 (N.D. Cal)

      Exhibit C:     *In re:  Synovis Life Technologies, Inc. Securities Litigation*, 2005 WL 2063870 (D.Minn.)

FURTHER YOUR AFFIANT SAITH NOT.


_____s/Michael L. Puklich_____
Michael L. Puklich (#0250661)


Subscribed and sworn to before me
this 17th day of November, 2009.

_____s/Lori B. Nolan_____