# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven B. Cummings, et al., | Civil No. 09-847(RHK/JJK) |
| Plaintiffs, | |
| vs. | **ORDER GRANTING JOINT MOTION TO CONSOLIDATE** |
| Paramount Partners, LP; et al., | |
| Defendants. | |
| -------------------------------------------------------- | |
| Bruce Vanyo, et al., | Civil No. 10-456 (RHK/JJK) |
| Plaintiffs, | |
| vs. | |
| Paramount Partners, LP; et al., | |
| Defendants. | |

The above-captioned matter came before this Court upon the joint Motion of all parties to these actions seeking to consolidate *Vanyo, et al. v. Paramount Partners, LP et al.*, Court File No. 10-CV-00456-RHK/JJK ("*Vanyo*") into the earlier-filed case, *Cummings, et al. v. Paramount Partners, LP, et al.*, Court File No. 09-CV-847-RHK/JJK ("*Cummings*"), such that *Vanyo* becomes a part of and is subsumed within *Cummings*, for all purposes.

Based upon all of the files, records and proceedings herein, and the arguments of counsel, the Court being duly advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The joint Motion of all parties to consolidate the above-mentioned actions is **GRANTED**;

2. *Vanyo, et al. v. Paramount Partners, LP et al.*, Civil File No. 10-456 (RHK/JJK) ("*Vanyo*") is hereby consolidated into the earlier-filed case, *Cummings, et al. v. Paramount Partners, LP, et al.*, Civil File No. 09-847 (RHK/JJK) ("*Cummings*"), such that *Vanyo* becomes a part of and is subsumed within *Cummings*, the earlier-filed case, for all purposes; and

3. The parties to these consolidated actions are hereby ordered to, timely upon receipt of this Order, schedule a Rule 16 scheduling conference with United States Magistrate Judge Keyes to arrive at a Scheduling Order to govern the consolidated actions and to discuss the status of the case.

Dated: August 24, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge