UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Steven B. Cummings, et al.,<br><br>           Plaintiffs,<br>vs.<br><br>Paramount Partners, LP; Crossroad Capital Management, LLC; John W. Lawton; Capital Solutions Management, LP; Capital Solutions Distributors, LLC; Charles T. Thompson; Timothy R. Redpath; and Michael W. Bozora,<br><br>           Defendants. | Court File No. 09-CV-847-RHK/JJK |
| Bruce Vanyo, Simona Fusco, Jeff Spetz, Carol Spetz, Lannon B. Tanchum, Tanchum Family Trust, and Ann L. Alton,<br><br>           Plaintiffs,<br>vs.<br><br>Paramount Partners, LP; Crossroad Capital Management, LLC; John W. Lawton; Capital Solutions Management, LP; Capital Solutions Distributors, LLC; Charles T. Thompson; Timothy R. Redpath; and Michael W. Bozora,<br><br>           Defendants. | Court File No.: 10-cv-00456-RHK/JJK<br><br>**STIPULATION OF JUDGMENT AND JUDGMENT** |

    Plaintiffs Steven B. Cumming, et al., and Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson (the "Parties"), through their undersigned counsel of record, hereby stipulate, consent and agree to entry of a non-recourse judgment against them, jointly and severally, in favor of each Plaintiff in the judgment amounts identified herein ("Judgment").

| **PLAINTIFF** | **JUDGMENT AMOUNT** |
|---|---|
| **(1)**  Steven B. Cummings, an Individual | $84,262.36 |
| **(2)**  Ellen DeHaven (Peterson) as an Individual and as the beneficial owner and real party in interest of her Individual Retirement Account | $168,524.72 |
| **(3)**  Joseph Dziedzic, an Individual | $134,819.78 |
| **(4)**  John Gardiner, an Individual | $370,754.40 |
| John Gardiner as Custodian for Max A. Gardiner | $6,740.99 |
| John Gardiner as Custodian for Paige M. Gardiner | $6,740.99 |
| John Gardiner as Custodian for Jake W. Gardiner | $6,740.99 |
| **(5)** David J. Gartner, as an Individual and as the beneficial owner and real party in interest of his Profit Sharing Plan | $404,459.34 |
| **(6)** Stephen R. Gulbrandsen, an Individual and as the beneficial owner and real party in interest of his Profit Sharing Plan | $181,791.72 |
| **(7)** Gregory T. Hegwood, an Individual | $67,409.89 |
| **(8)**  Blake Johnson, LLC, A Limited Liability Company | $67,409.89 |
| **(9)**  Bryant Johnson, an Individual | $67,409.89 |
| **(10)** J. Evan Johnson, an Individual and as the beneficial owner and real party in interest of his Individual Retirement Account | $155,042.75 |
| **(11)**  Peter Johnson, an Individual | $67,409.89 |
| **(12)**  R. Thomas Lane, an Individual | $31,008.55 |
| **(13)** Elizabeth J. Lane, an Individual and as the beneficial owner and real party in interest of her Individual Retirement Account | $67.409.89 |
| **(14)**  Craig Mandery, an Individual | $67,409.89 |
| **(15)**  Mark R. Omlie and JoAnn Omlie, Husband and Wife | $134,819.78 |
| **(16)** Gregory V. O'Toole, and Individual and as the beneficial owner and Real party in interest of his Individual Retirement Account | $135,023.62 |
| **(17)**   Guy M. Peterson, and Individual and as the beneficial owner and real party in interest of his Individual Retirement Account | $67,409.89 |
| **(18)**  Jeffrey M. Petrik, and Individual and as the beneficial owner and real party in interest of his Individual Retirement Account | $37,075.44 |

| | |
|---|---|
| **(19)** Sally A. Petrik, and Individual and as the beneficial owner and real party in interest of her Individual Retirement Account | $33,704.94 |
| **(20)** Douglas M. Polinsky, and Individual and as the beneficial owner and real party in interest of his Individual Retirement Account | $67,409.89 |
| **(21)** Joseph H. Ryan, an Individual | $0 |
| **(22)** Sandra M. Ryan, an Individual | $303,344.50 |
| **(23)** Robert Spadafora, an Individual | $84,262.36 |
| **(24)** Thomas C. Weekly, and Individual and as the beneficial owner and real party in interest of his Individual Retirement Account | $152,720.92 |
| **(25)** Daniel Welch, an Individual | $92,627.93 |
| **(26)** Daniel White, and Individual and as the beneficial owner and real party in interest of his Individual Retirement Account | $303,344.50 |
| **(27)** John Wilson, an Individual | $101,114.84 |
| **(28)** Simona Fusco, an Individual | $134,819.78 |
| **(29)** Carol Spetz, an Individual | $116,734.60 |
| **(30)** Jeff Spetz, an Individual | $116,627.53 |
| **(31)** Lannon B. Tanchum, an Individual and Tanchum Family Trust | $202,229.67 |
| **(32)** Ann L. Alton, an Individual | $67,409.89 |
| **(33)** Bruce Vanyo, an Individual | $1,125,595.16 |
| **JUDGMENT TOTAL** | **$5,231,621,22** |

The Parties further stipulate, consent and agree that the Judgment to be entered pursuant to this Stipulation shall be subject to the terms, conditions and limitations as set forth in the Confidential Settlement Agreement and Releases and the Miller-Shugart Agreement and Stipulation for Entry of Judgment entered into between Plaintiffs and these Defendants, including but not limited to the following:

   a. The Judgment entered against Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson, jointly and severally, is a non-recourse Judgment that shall only be executable against or collectible from the Catlin Policies or Catlin, or as provided in the Confidential Settlement Agreement and Releases and the Miller-Shugart Agreement from Tri-City Brokerage, and shall not be executable or collectible from any assets, real or personal, tangible or intangible, that are now

owned, or that may be owned at anytime in the future by Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson, or those of their heirs, next of kin, successors, assigns, officers, directors, agents, representatives, or affiliates ("Assets"). Plaintiffs may take any legal action against Catlin or Tri-City Brokerage which may be necessary to satisfy this Judgment, but shall not collect or execute on any Assets of the Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson, or those of their heirs, next of kin, successors, assigns, officers, directors, agents, representatives, or affiliates, except for the assets represented by the Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson's rights, if any, to defense and/or indemnity and/or other right under the Catlin Policies, as described herein, or for any assets represented by Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson's rights or claims, if any, against Tri-City Brokerage as provided in the Confidential Settlement Agreement and Releases and the Miller-Shugart Agreement.

b. That Plaintiffs shall not take any action at any time to enforce any claim, including the Judgment, against any Assets of the Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson, their heirs, next of kin, successors, assigns, officers, directors, agents, representatives or affiliates, except for the assets represented by the Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson's rights, if any, to defense and/or indemnity or other right under the Catlin Policies, or for any assets represented by the Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson's rights or claims, if any, against Tri-City Brokerage as provided in the Confidential Settlement Agreement and Releases and the Miller-Shugart Agreement. This expressly includes any claims relating to Plaintiffs' limited partnership investments in Paramount, whether known or unknown;

c. The Judgment may not be satisfied by attachment of, nor shall it become a lien upon, any of the Assets owned by Defendants Capital Solutions Management, L.P., Capital Solutions Distributors, LLC, Timothy R. Redpath, Michael W. Bozora and Charles T. Thompson, their heirs, next of kin, successors, assigns, officers, directors, agents, representatives or affiliates except for the assets represented by the Settling Defendants' rights, if any, to defense and/or indemnity or other right under the Catlin Policies, or for any assets represented by the Settling Defendants' rights or claims, if any, against Tri-City Brokerage as provided in the Master Settlement Agreement;

d. Plaintiffs agree to release and subordinate and do hereby release and subordinate any past, present, or future claim or putative lien entered against any of the Assets owned by Defendants Capital Solutions Management, L.P., Capital Solutions Distributors,

4

Dated: November 2, 2011                NEATON & PUKLICH, PLLP

                                       /s/ Michael L. Puklich
                                       Michael Puklich (#0250661)
                                       Attorney for Plaintiffs
                                       7975 Stone Creek Dr., Suite 120
                                       Chanhassen, MN 55413
                                       (952) 258-8444
                                       FAX:  (952) 258-9988

                                       ATTORNEYS FOR PLAINTIFFS


Dated:  November 2, 2011               ANTHONY OSTLUND BAER
                                       & LOUWAGIE P.A.


                                            /s/ Steven Phillips
                                       Joseph W. Anthony (#2872)
                                       Steven M. Phillips (#177659)
                                       90 South Seventh Street
                                       Suite 3600
                                       Minneapolis, MN  55402
                                       (612) 349-6969
                                       FAX: (612) 349-6996

                                       ATTORNEYS FOR DEFENDANTS CAPITAL
                                       SOLUTIONS MANAGEMENT, LP, CAPITAL
                                       SOLUTIONS DISTRIBUTORS, LLC, TIMOTHY
                                       R. REDPATH AND MICHAEL W. BOZORA

Dated:  November 2, 2011 LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.


By: s/Bryan R. Feldhaus
Phillip A. Cole (#17802)
Bryan R. Feldhaus (#386677)
2000 IDS Center
80 South 8th Street
Minneapolis, MN  55402
(612) 339-8131
FAX:  (612) 339-8064

ATTORNEYS FOR DEFENDANT
CHARLES T. THOMPSON